**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfredo MENDOZA–ALVAREZ,
Defendant–Appellant.**

**No. 14–30207.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2015.*

Filed April 24, 2015.

Alison L. Gregoire, Assistant U.S., Office of the U.S. Attorney, Yakima, WA, Frank A. Wilson USSP–Office of the U.S. Attorney Spokane, WA, for Plaintiff.

Rick Lee Hoffman, Trial, Rebecca Louise Pennell, Esquire, Assistant Federal Public Defender, Federal Defenders Of Eastern Washington & Idaho, Yakima, WA, for Defendant.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Alfredo Mendoza–Alvarez appeals from the revocation of supervised release and six-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendoza–Alvarez's counsel has filed a brief stating that the appeal is moot, along with a motion to withdraw as counsel of record.

We agree that the appeal is moot because Mendoza–Alvarez has fully served his custodial sentence and is not subject to an additional term of supervised release. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999). We, therefore, dismiss the appeal.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).